MATTHEW CAREY *against* WILLIAM COBBET.

Bill of exceptions will not lie against the opinion of the court, in refusing the removal of an action brought against an alien for a libel, into the Circuit Court of the United States.

THIS case was exactly circumstanced as the preceding one, and a similar petition filed at the last term.

On the delivery of the court's opinion in the action brought by Dr. Rush, Mr. Lewis for the defendant, declined arguing the point of removal, but prayed that the court would seal a bill of exceptions, and cited Bull. 515. 2 Inst. 427.

Mr. W. Tilghman for the plaintiff, insisted, that the question of fact whether the matter in dispute, exclusive of costs, exceeded 500 dollars, was solely and exclusively to be judged of by this court, and be made to appear to their satisfaction. The matter of law must arise on facts ascertained, and not on those denied. Show. Parl. Cas. 120.

The court said, they had no difficulty in refusing to sign the bill.

Motion denied.

BOYES and M'ILVAINE *against* COPPINGER.

The affidavit on which a domestic attachment is grounded, is not conclusive, and the attachment may be dissolved on proper proof, without previous notice to the creditors.

A DOMESTIC attachment had issued against the defendant by mistake; it clearly appeared by affidavits, that he kept his counting house in the city and had never absconded, but had gone abroad on urgent business, the nature of which was particularly stated to the court.

Messrs. Tilghman and Thomas prayed that the attachment might be dissolved. Mr. Rawle for the plaintiffs, insisted, that previous notice should be given to the creditors.

By the court. The affidavit on which a domestic attachment is grounded, has never been held to be conclusive. Such a doctrine would be attended with the most pernicious consequences. There seems no ground whatever to impeach the proofs adduced by the defendant; but if any contrary proofs can be given, we will hear them. The giving notice to all the creditors, seems almost impracticable. The parties who have issued the process are bound to support it, when attached.

Attachment dissolved.